AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:18-cr-410 (17) RP |
| Carlos Alberto Zamudio | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Carlos Alberto Zamudio ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute and to Distribute 5 kilograms or more of Cocaine, 500 grams or more of Methamphetamine & Heroin and other illegal narcotics.

Date: 12/18/2018

*Issuing officer's signature*

City and state: Austin, Texas

Katherine Wallace, Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*