AO 442 (Rev. 11/11) Arrest Warrant

FID: 10775960

24065-480

RECEIVED
U.S. MARSHALS SERVICE
2018 DEC 18 PM 3:42
WESTERN DISTRICT/TEXAS
AUSTIN DIVISION

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
| v. | ) |
|   | ) Case No. 1:18-cr-410 (17) RP |
|   | ) |
|   | ) |
| Carlos Alberto Zamudio | ) |
| *Defendant* | ) |

FILED 2019 JAN 22 PM 12:06

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Carlos Alberto Zamudio,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute and to Distribute 5 kilograms or more of Cocaine, 500 grams or more of Methamphetamine & Heroin and other illegal narcotics.

Date: 12/18/2018

*Issuing officer's signature*

City and state: Austin, Texas

Katherine Wallace, Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01-18-2019, and the person was arrested on *(date)* 01-22-2019
at *(city and state)* Austin, Texas.

Date: 01-22-2019

*Arresting officer's signature*

TFO Ronald Enriquez
*Printed name and title*