UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| v. | § § § | NO:  AU:18-CR-00410(17)-RP |
| (17) Carlos Alberto Zamudio | § | |

### ORDER APPOINTING COUNSEL (CJA)

The above-named defendant having satisfied this court after appropriate inquiry that he (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, therefore, **James R. Young (#22190500)** is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

Should this case proceed in the future before a United States District Judge, the appointment shall remain in effect until terminated, or a substitute attorney is appointed.

SIGNED this 22nd day of January, 2019.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE