AO 470 (01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

United States of America

v.

(17) Carlos Alberto Zamudio
*Defendant*

Case Number: AU:18-CR-00410(17)-RP

## ORDER SCHEDULING A DETENTION HEARING

A [X] detention hearing and a [n/a] preliminary hearing in this case is/are scheduled as follows:

| | |
|---|---|
| Place: 501 West Fifth Street, Austin, Texas, 78701 | Courtroom No.: 3, 4 Floor |
| Presiding Judge: Magistrate Judge Andrew W. Austin | Date and Time: January 25, 2019, at 2:30 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

If defendant chooses to waive hearing, a written waiver (see attached) must be signed by defendant and his counsel and filed by 4:00 p.m. the day before scheduled hearing.

January 22, 2019
*Date*

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

United States of America

v.                                              Case Number: AU:18-CR-00410(17)-RP

(17) Carlos Alberto Zamudio
*Defendant*

## DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Defendant, (17) Carlos Alberto Zamudio, files this response to the Notice of Detention Hearing which was issued by the Court. After further investigation, Defendant wishes at this time to waive his right to the detention hearing, subject to his right to bring a motion concerning detention at a later date.

_____                Respectfully submitted,
*Defendant*

_____                _____
*Date*                                          *Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was hand delivered to the Assistant United States Attorney on the _____ day of _____, 20 ___ .

_____

*Attorney for Defendant*