UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America

v.                                                   NO:   AU:18-CR-00410(17)-RP

(17) Carlos Alberto Zamudio
### ORDER RESETTING DETENTION HEARING

The Defendant was set for DETENTION HEARING on January 24, 2019.  Defendant's counsel has requested that the hearing be reset.  The Government does not oppose the continuance.  The Court finds good cause for this extension.  ACCORDINGLY,  the DETENTION HEARING in this case is **RESET** to January 31, 2019 at 2:30 PM.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant the additional time in which to prepare outweigh the best interest of the public and the Defendant in a speedy trial, in that the failure to grant such a continuance would unreasonably deny the Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7).  Thus, the Court ORDERS that the time from January 24, 2019 through January 31, 2019, be excluded under the Speedy Trial Act.

SIGNED this 28th day of January, 2019.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE