## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO.   A-18-CR-410 |
| | ) |
| CARLOS ALBERTO ZAMUDIO, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW
## MOTION FOR DETENTION

Comes now the United States Attorney, for the Western District of Texas, by and through the undersigned Assistant United States Attorney. In light of the information and recommendation contained in the United States Pretrial Services Office report, the United States withdraws the above referenced motion for detention.

The undersigned Assistant United States Attorney has no objection to the conditions of release contained in the Pretrial Services report.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By:   /s/ Douglas W. Gardner
Douglas W. Gardner
Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, Texas   78701
Office   (512) 916-5858
Fax       (512) 916-5854

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2019, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

James R. Young

       /s/ Douglas W. Gardner
Douglas W. Gardner
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) CRIMINAL NO.   A-18-CR-410 |
| **CARLOS ALBERTO ZAMUDIO,** | ) |
| **Defendant.** | ) |

## **ORDER**

Came on to be considered Government's Motion to Withdraw its Motion for Detention, and the Court having considered said motion, hereby ORDERS that the Government's motion be GRANTED.

**SIGNED** on the _____ day of _____ 2019.

_____
UNITED STATES MAGISTRATE JUDGE