**FILED**

**JAN 3 1 2019**

CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO.   A-18-CR-410 -(17) |
| CARLOS ALBERTO ZAMUDIO, | ) |
| Defendant. | ) |

## ORDER

Came on to be considered Government's Motion to Withdraw its Motion for Detention, and the Court having considered said motion, hereby ORDERS that the Government's motion be GRANTED.

SIGNED on the 31st day of January 2019.

_____
UNITED STATES MAGISTRATE JUDGE