UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO.  A-18-CR-410-RP |
| | ) |
| MICHAEL LEON BELL, et al., | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S NOTICE OF ATTORNEY APPEARANCE**

Comes now the United States Attorney for the Western District of Texas and files this Notice of Attorney Appearance.

The United States Attorney, by and through the undersigned Assistant United States Attorney, hereby notifies the Defendant and this Court that Assistant United States Attorney, Keith M. Henneke, will be serving as co-counsel with Assistant United States Attorney, Douglas W. Gardner in the above case.

                    Respectfully submitted,

                    JOHN F. BASH
                    United States Attorney

By:   /s/ Keith M. Henneke
        Keith M. Henneke
        Assistant United States Attorney
        State Bar No. 24054497
        816 Congress Avenue, Suite 1000
        Austin, Texas   78701
        A/C 512 916-5858
        FAX 512 916-5854

**CERTIFICATE OF SERVICE**

I certify that on this the 4th day of February 2019, a copy of the foregoing Government's Notice was filed with the Clerk of the Court using the CM/ECF System.

/s/ Keith M. Henneke
Keith M. Henneke
Assistant United States Attorney