UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: |
| | § | AU:18-CR-00410(1,2,4,9,11,16,17)-RP |
| (1) Michael Leon Bell | § | |
| (2) Gustavo Benitez-Barreuta | § | |
| (4) Enrique Cardona Jr. | § | |
| (9) Joshua Christopher Esquivel | § | |
| (11) Carlos Heriberto Hernandez-Jonguitud | § | |
| (16) Maria Guadalupe Rivera-Garcia | § | |
| (17) Carlos Alberto Zamudio | § | |

## SCHEDULING ORDER

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **Hearing on all Pending Pretrial Motions and Docket Call** in Courtroom No. 4, on the Fifth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **March 29, 2019 at 9:00am**.

The case is set for **Jury Selection and Trial** in Courtroom No. 4, on the Fifth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **April 8, 2019 at 9:00am**.

Pursuant to *United States v. Ellis*, 547 F.2d 863 (5th Cir. 1977), any plea bargain or plea agreement entered into by the parties in this cause shall be made known in writing to this Court **ON OR BEFORE March 26, 2019.** No plea bargain or plea agreement entered into after this date shall be honored by this Court without good cause shown for delay.

The Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding. In the event the services of a court interpreter are

required, counsel for the defendant shall notify the U.S. District Clerk's Office within five days of the date of the hearing.

**IT IS SO ORDERED** this 12th day of February, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE