IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | No. 1:18-cr-00410-RP-12 |
| | § | |
| | § | |
| ELIAS ANTONIO HERNANDEZ | § | |

## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Elias Antonio Hernandez, by and through his undersigned counsel, and respectfully moves the Court to continue the trial in the above-styled cause, and in support shows the following:

I.

This cause is currently set for trial on April 8, 2019 at 9:00 a.m.   Motions are due/Docket Call is set for March 29, 2019 at 9:00 a.m.

II.

Defendant's counsel requires additional time to prepare for any potential motions hearing and jury trial in this cause, including additional time to receive and review discovery.   Doug Gardner, Attorney for the United States, is unopposed the motion to continue in this cause.

III.

This request is not for delay, but only to allow counsel to effectively represent Defendant's interests in this matter.

The time requested by this motion is excludable under 18 U.S.C. §3161 (h)(8)(A)(ii).

Respectfully submitted,


/s/Richard Gentry
Richard Gentry
Law Office of Richard Gentry
812 San Antonio Street, Suite 100
Austin, Texas 78701
(512) 499-0007
(512) 233-0521 (Fax)
State Bar No. 24055543
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Continuance was electronically filed with the Clerk of the Court, using the CM/ECF System, which will transmit notification of such filing to all counsel of record, on this the 19th day of March, 2019.

/s/ Richard Gentry
Richard Gentry