IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | No. 1:18-cr-00410-RP-12 |
| ELIAS ANTONIO HERNANDEZ | § § § | |

**ORDER**

On this day came on to be heard Defendant's Motion for Continuance. After due consideration, it is the opinion of the Court that said motion should GRANTED.

IT IS THEREFORE ORDERED that the deadline for filing pretrial motions is extended to _____ o'clock _____.m. on the _____ day of _____, 2019.

IT IS THEREFORE ORDERED that the motions hearing and status conference is extended to _____ o'clock _____.m. on the _____ day of _____, 2019.

IT IS THEREFORE ORDERED that the jury trial in this case is CONTINUED to _____ o'clock _____.m. on the _____ day of _____, 2019.

Pursuant to the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A), the Court finds that the ends of justice served by allowing the Defendant additional time in which to prepare for the trial outweighs the best interest of the public and the Defendant in a speedy trial. The Court's basis for said finding is that the failure to grant such a continuance in this case would unreasonably deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See, 18 U.S.C. §3161(h)(8)(B)(iv). Thus, the Court finds

that the time between the previous setting and the new date is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h).

    SIGNED on this the _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE