## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. |
| § | AU-18-00410(17)-RP |
| CARLOS ZAMUDIO § | |

## UNOPPOSED MOTION TO CONTINUE

**TO THE HONORABLE ROBERT PITMAN, UNITED STATES DISTRICT JUDGE:**

Defendant Carlos Zamudio files his written request to continue this case from its current trial date and would respectfully show:

1. Defendant was indicted on December 18, 2018 and charged with distribution of cocaine in violation of 21 U.S C. § 841 (b)(1)(B).

2. Defendant has been released from custody under the supervision of U.S. Pretrial Services.

3. The Court has set the following schedule for the case: docket call on September 12, 2019 with jury selection and trial beginning on September 23, 2019.

4. Counsel for Mr. Zamudio has received a proposed plea agreement from the U.S. Attorney's Office. Although counsel has reviewed that proposal and discussed it with Mr. Zamudio, additional time will be required for further discussions.

For the foregoing reasons, Defendant prays that the Court grant this motion.

Respectfully submitted,

/s/ James R. Young
_____

JAMES R. YOUNG
Attorney for Carlos Zamudio
Texas Bar No:   22190500

1012 Rio Grande
Austin, TX   78701
Telephone: (512) 472-1961
Facsimile: (512) 472-4102
E-mail:   jry@jrylawoffice.com

## CERTIFICATE OF SERVICE

I hereby certified that a true copy of the foregoing motion was served upon counsel for the United States as well as counsel for each co-defendant by using the Court's electronic filing system on September 9, 2018.

/s/ James R. Young
JAMES R. YOUNG
Attorney for Carlos Zamudio

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. |
| § | AU-18-00410(17)-RP |
| CARLOS ZAMUDIO § | |

### ORDER ON MOTON FOR CONTINUANCE

CAME ON to be heard Defendant Carlos Zamudio's unopposed motion for continuance, and said motion is hereby:

**(GRANTED)     (DENIED)**

SO ORDERED this _____ day of _____, 2019.

_____
HON. ROBERT PITMAN
United States District Judge