# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| United States of America § | |
| § | CRIMINAL NO: |
| vs. § | AU:18-CR-00410(17)-RP |
| § | |
| (17) Carlos Alberto Zamudio § | |

## ORDER CANCELLING DOCKET CALL AND ALL PENDING MOTIONS HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **DOCKET CALL AND ALL PENDING MOTIONS HEARING on Thursday, September 12, 2019 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is cancelled. New scheduling order forthcoming.

IT IS SO ORDERED this 10th day of September, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE