UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 SEP 23 PM 2:29
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No.: A-18-CR-410RP |
| Plaintiff, | **SUPERSEDING INFORMATION** |
| v. | [Ct. I  Vio: 21 U.S.C § 846{841(a)(1) & (b)(1)(C)} - Conspiracy to Possess with Intent to Distribute Cocaine] |
| CARLOS ALBERTO ZAMUDIO (17) | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

**Conspiracy to Possess with Intent to Distribute Cocaine**
**[21 U.S.C. § 846{841(a)(1) & (b)(1)(C)}]**

Beginning in or about January 2017 and continuing until on or about December 18, 2018 in the Western District of Texas and elsewhere, the Defendant,

**CARLOS ALBERTO ZAMUDIO**

knowingly, intentionally and unlawfully combined, conspired, confederated, and agreed together with others known and unknown to Possess with Intent to Distribute a mixture and substance containing a detectable amount of Cocaine, a controlled substance, contrary to Title 21, United States Code, Section 846 {841(a)(1) and 841(b)(1)(C)}.

JOHN F. BASH
United States Attorney

By:    *[signature]*
DOUGLAS W. GARDNER
Assistant United States Attorney