Sealed _____

Unsealed  **X** _____

Personal Data Sheet     USAO#   **2017R13316**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  **x** NO

CASE NO.

| | | | | |
|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: | **Pitman** |
| Date: | **9/23/2019** | Mag Ct.# _____   SSN: _____ | FBI#: | _____ |
| Case No.: | **1:185-CR-410 RP** | Assistant U. S. Attorney: | **Douglas W. Gardner** | |
| Defendant: | **CARLOS ALBERTO ZAMUDIO (17)** | | Date of Birth: | **REDACTED** |

Address: _____

Citizenship:  United States _____    Mexican _____    Other _____

Interpreter Needed: _____    Language _____

Defense Attorney: _____

Address of Attorney: _____    Appointed _____

Defendant is:  In Jail _____  Where: _____

On Bond _____  Amt. of Bond _____  Where: _____

Date of Arrest: _____    Bench Warrant Needed _____

Prosecution By:  Superseding Information  **X**    Indictment _____

Offense (Code & Description):  **Ct. 1: 21:846 {841(a)(1)& (b)(1)(C)}- Conspiracy to Possess with Intent to Distribute Cocaine.**

Offense Is:  Felony  **X**    Misdemeanor _____

Maximum Sentence:  **Ct. 1: Up to 20 years imprisonment; $1,000,000 fine; at least 3 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:  As to special assessment    Yes **X**    No _____

Remarks: _____