## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

United States of America

v.  Case Number: AU:18-CR-00410(17)-RP

(17) Carlos Alberto Zamudio
*Defendant*

### ORDER SETTING REARRAIGNMENT AND PLEA

IT IS HEREBY ORDERED that REARRAIGNMENT AND PLEA in the above styled case has been set in the United States District Court, in Courtroom No. 3 on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin Texas, on October 3, 2019 at 10:30 AM.

All counsel noted below and defendant(s) must appear IN PERSON unless specifically excused from appearing by the Court. Counsel for the defendant shall notify the defendant of this setting, and if the defendant is on bond, advise the defendant that he/she must be present on the date and time specified in this Order. Counsel are further reminded that it is their duty to advise clients, witnesses, and others concerning rules of decorum to be observed in Court (see Court Rule AT-5(b)12).

Whenever defendants or witnesses in a criminal case have need for the services of a court interpreter, counsel must inform the Clerk no later than five (5) business days before the scheduled Court proceeding.

IT IS FURTHER ORDERED that the parties shall file all documents pertinent to this arraignment and plea no later than 5:00 P.M., September 30, 2019. Failure to comply with this Order shall result in the cancellation of the rearraignment and the referral of the case back to the District Court.

SIGNED this 26th day of September, 2019 at AUSTIN, Texas.

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE