FILED

OCT 3 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

United States of America

v.                                          Case Number: AU:18-CR-00410(17)-RP

(17) Carlos Alberto Zamudio
*Defendant*

## ORDER OF REFERRAL

Having considered the defendant's consent, this cause is hereby referred to United States Magistrate Judge ANDREW W. AUSTIN for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to the final approval and imposition of sentence by this court.

SIGNED this 2nd day of October, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE