AO 455 (Rev. 01/09) Waiver of an Indictment

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED
OCT 3 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America

v.                                    NO:   AU:18-CR-00410(17)-RP

(17) Carlos Alberto Zamudio

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   October 3, 2019

_____
Defendant's signature

_____
Signature of defendant's attorney

James R. Young
Printed name of defendant's attorney

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE