IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| vs. | § § | No. 1:18-CR-410-RP |
| CARLOS ALBERTO ZAMUDIO, | § § | |
| Defendant. | § | |

## MOTION TO SUBSTITUTE COUNSEL

CARLOS ALBERTO ZAMUDIO respectfully requests that attorney Victor Arturo Arana be permitted to substitute as defense counsel in this case in place of attorney James R. Young. We have conferred with Assistant U.S. Attorney Douglas Gardner. He ___ does ✓ does not object to the relief sought in this motion.

WHEREFORE, CARLOS ALBERTO ZAMUDIO, the defendant, respectfully requests that the Court grant this motion and permit attorney Arana to substitute in as defense counsel in place of attorney Young.

AGREED:

_____
Mr. Carlos Alberto Zamudio

Respectfully submitted,

/s/ Victor Arturo Arana
Victor Arturo Arana
Bar No. 24067489
1005 Congress Avenue, Suite 370
Austin, Texas 78701
T: 512-299-1493
F: 512-761-4768
Email: victor@aranalaw.com

MOTION TO SUBSTITUTE COUNSEL..................................................PAGE 1

## CERTIFICATE OF SERVICE

I certify that on November 13, 2019, a copy of the foregoing Motion To Substitute Counsel was filed using the Court's CM/ECF electronic filing system which will provide notice to all registered parties of record.

/s/ Victor Arturo Arana
Victor Arturo Arana