# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § |
| | § |
| vs. | §  No. 1:18-CR-00410 RP |
| | § |
| **CARLOS ALBERTO ZAMUDIO,** | § |
| | § |
| **Defendant.** | § |

## ORDER

This matter comes before the Court on the defendant's motion to substitute counsel. Having considered the motion, the Court finds that it has merit and should be GRANTED.

IT IS THEREFORE ORDERED attorney Victor Arturo Arana be substituted as defense counsel in this case in place of attorney James Young.

_____
Presiding Judge