**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **vs.** | § | **No. 1:18-CR-410-RP** |
| | § | |
| **CARLOS ALBERTO ZAMUDIO,** | § | |
| | § | |
| **Defendant.** | § | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

CARLOS ALBERTO ZAMUDIO respectfully requests that the sentencing hearing currently scheduled for December 10, 2019, be continued for at least 60 days. Defense counsel has recently substituted into the case and seeks additional time to prepare for sentencing. The defendant is on pretrial release, and he has been fully compliant with the terms of his bond. We have conferred with Assistant U.S. Attorney Douglas Gardner and he has no objection.

WHEREFORE, CARLOS ALBERTO ZAMUDIO, the defendant, respectfully requests that the Court grant this motion and continue this sentencing for at least 60 days.

Respectfully submitted,

/s/ Victor Arturo Arana
Victor Arturo Arana
Bar No. 24067489
1005 Congress Avenue, Suite 370
Austin, Texas 78701
T: 512-299-1493
F: 512-761-4768
Email: victor@aranalaw.com

MOTION TO CONTINUE SENTENCING………..…………..………………..…………….PAGE 1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 20, 2019, a copy of the foregoing Unopposed Motion To Continue Sentencing was filed using the Court's CM/ECF electronic filing system which will provide notice to all registered parties of record.

/s/ Victor Arturo Arana
Victor Arturo Arana