IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| **vs.** | § § | No. 1:18-CR-00410 RP |
| **CARLOS ALBERTO ZAMUDIO,** | § § § | |
| **Defendant.** | § | |

## ORDER

This matter comes before the Court on the defendant's motion to continue sentencing. The government does not object. Having considered the motion, the Court finds that it has merit and should be GRANTED.

IT IS THEREFORE ORDERED the sentencing hearing in this case is continued to the _____ day of _____, 2020.

_____
Presiding Judge