### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **vs.** | § | No. 1:18-CR-410-RP |
| | § | |
| **CARLOS ALBERTO ZAMUDIO,** | § | |
| | § | |
| **Defendant.** | § | |

### UNOPPOSED SECOND MOTION TO CONTINUE SENTENCING

CARLOS ALBERTO ZAMUDIO respectfully requests that the sentencing hearing currently scheduled for February 12, 2020, be continued for a short time. Defense counsel previously filed a motion to continue sentencing, which was granted. Initially, sentencing was reset for February 13, 2020. Defense counsel marked that date on his calendar and copied and pasted the docket text. Later, however, sentencing was reset to February 12, 2020, and a new notice of electronic filing was sent to defense counsel. We apologize, but we missed that second notice. Today, February 12th, defense counsel was well on his way to the District Court of San Jacinto, County, in Coldspring, Texas, for a 10:00 am hearing in another case, when counsel learned that we had missed the second notice resetting sentencing to today. Thus, we humbly request a brief continuance. We also intended to seek a brief continuance to try and meet the requirements for U.S.S.G. §5C1.2.

We have conferred with Assistant U.S. Attorney Douglas Gardner and he has no objection. AUSA Gardner reports that he is in training from February 18-20, 2020.

WHEREFORE, CARLOS ALBERTO ZAMUDIO, the defendant, respectfully requests that the Court grant this motion and continue this sentencing for a short time of approximately 2-3 weeks.

**SECOND MOTION TO CONTINUE SENTENCING………………………..……………..PAGE 1**

                                                Respectfully submitted,

                                                /s/ Victor Arturo Arana
                                                Victor Arturo Arana
                                                Bar No. 24067489
                                                1005 Congress Avenue, Suite 370
                                                Austin, Texas 78701
                                                T: 512-299-1493
                                                F: 512-761-4768
                                                Email: victor@aranalaw.com

## **CERTIFICATE OF SERVICE**

     I certify that on February 12, 2020, a copy of the foregoing Unopposed Second Motion To Continue Sentencing was filed using the Court's CM/ECF electronic filing system which will provide notice to all registered parties of record.

                                                /s/ Victor Arturo Arana
                                                Victor Arturo Arana