**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| **vs.** | § § | No. **1:18-CR-410-RP** |
| **CARLOS ALBERTO ZAMUDIO,** | § § | |
| **Defendant.** | § § | |

### ORDER

This matter comes before the Court on the defendant's unopposed second motion to continue sentencing. Having considered the motion, the Court finds that it has merit and should be GRANTED.

IT IS THEREFORE ORDERED that sentencing in this case is reset to the \_\_\_\_\_ day of _____, 2020.

_____
Presiding Judge