# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

United States of America                    §
                                            §     CRIMINAL NO:
vs.                                         §     AU:18-CR-00410(17)-RP
                                            §
(17) Carlos Alberto Zamudio                 §

## ORDER CANCELLING SENTENCING

    IT IS HEREBY ORDERED that the above entitled and numbered case having been set for SENTENCING on Friday, September 18, 2020 at 09:00 AM is hereby CANCELLED until further order of the court.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office.  If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is cancelled.

    IT IS SO ORDERED this 8th day of September, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE