IN THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. 18-CR-00410-RP-5 |
| | § | |
| JESSEFER CORIA | § | |
| Defendant | § | |

## UNOPPOSED MOTION FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW JESSEFER CORIA, Defendant in the above styled and numbered cause, by and through his attorney of record, and files this Unopposed Motion For Modification of Conditions of Pretrial Release, and in support thereof would show the following:

1. On March 23, 2020, the Court entered an Order Setting *Conditions Of Release* in this cause.

2. These conditions have been modified previously to accommodate Defendant's living situation.

3. Currently, Defendant is being permitted to reside with his sister Jessly Coria-Solis in Fullerton, California.

4. Residence at Defendant's current address has become unreasonable due to property management issues. Specifically, habitability conditions are not being addressed by property management, and Defendant and his sister are being forced to move.

5. Defendant's sister has acquired a lease at a new address: 1850 Brea Blvd, Apt. F09, Fullerton, California, 92835.

6. This situation, including the above-noted updated address, have been communicated to the United States Pretrial Office by and through counsel and no objection was received.

**WHEREFORE, PREMISES CONSIDERED,** Jessefer Coria prays that the Court enter an order granting Defendant the above-requested pretrial release modification.

Respectfully submitted,

/s/ John de la Vina
John N. de la Vina
SBN: 24078407
702 Rio Grande
Austin, Texas 78701
512.897.3325 (p)
512.501.6307 (f)
delavinalaw@gmail.com
www.delavinalaw.com

### Certificate of Service

I hereby certify that on the 8th day of November, 2020, I electronically filed the foregoing Unopposed Motion To Modify Conditions of Pretrial Release with the Clerk of the Court using the CM/ECF system which will send notification to all registered parties of record, including:

Douglas Gardner
Assistant United States Attorney
816 Congress Ave., Ste, 1000
Austin, Texas 78701

/s/ John de la Vina
John N. de la Viña

### Certificate of Conference

I hereby certify that I conferred with United States Pretrial in this matter via email on Monday November 2nd 2020, in this matter and received no objection.

/s/ John de la Vina
John N. de la Viña