## IN THE UNITED STATES DISTRICT COURT
## THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 18-CR-00410-RP-5 |
| JESSEFER CORIA<br>Defendant | § § § | |

## UNOPPOSED MOTION FOR MODIFICATION OF
## CONDITIONS OF PRETRIAL RELEASE

On this day came for consideration in the above cause Defendant's Unopposed Motion To Modify Conditions of Pretrial Release. The Court finds that the motion should be granted. It is, therefore ORDERED that said motion is GRANTED and Defendant's Conditions Of Release are Amended as follows:

"It is ORDERED that Defendant, Jessefer Coria, be permitted to reside at 1850 Brea Blvd, Apt. F09, Fullerton, California, 92835 with his sister YESSLY YANISA CORIA-SOLIS. All other previously ordered conditions will remain in effect."

SIGNED on this _____ day of November, 2020.

_____
JUDGE PRESIDING