**IN THE UNITED STATES DISTRICT COURT**
**THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL  NO.  18-CR-00410-RP-5 |
| | § | |
| JESSEFER CORIA | § | |
| Defendant | § | |

## DEFENDANT'S AGREED MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes JESSEFER CORIA, Defendant, and brings this Defendant's Agreed Motion

For Continuance, requesting the Court grant Defendant a 90-day reset from sentencing.  In

support thereof Defendant will show:

1. Defendant's case is currently set sentencing on January 7th, 2020.

2. Defendant seeks a continuance to allow time for him to be present at the birth of his

    child.

3. Defendant has been compliant to-date will all terms of his pretrial release.

3. Counsel has conferred with the United States Attorney's staffed with this case,

    Douglas Gardner, and has received no objection.

4. This motion is made not for delay, but for the interests of justice may be served.

**WHEREFORE, PREMISES CONSIDERED,** Jessefer Coria prays that the Court enter

an order granting Defendant a 90-day continuance on Sentencing.

Respectfully submitted,

/s/ John de la Vina
John N. de la Vina
SBN:  24078407
702 Rio Grande
Austin, Texas 78701
512.897.3325 (p)
512.501.6307 (f)

delavinalaw@gmail.com
www.delavinalaw.com

Agreed: _____

Douglas Gardner
United States Attorney's Office

### Certificate of Service

I hereby certify that on the 29th day of December, 2020, I electronically filed the foregoing Agreed Motion For Continuance with the Clerk of the Court using the CM/ECF system which will send notification to all registered parties of record, including:

Douglas Gardner
Assistant United States Attorney
816 Congress Ave., Ste, 1000
Austin, Texas78701

   /s/ John de la Vina   
John N. de la Viña

### Certificate of Conference

I hereby certify that I conferred with Douglas Gardner in this matter via email and received no objection to a continuance.

   /s/ John de la Vina   
John N. de la Viña