# IN THE UNITED STATES DISTRICT COURT
# THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. 18-CR-00410-RP-5 |
| | § | |
| JESSEFER CORIA | § | |
| Defendant | § | |

## ORDER ON AGREED MOTION FOR CONTINUANCE

ON THIS THE _____ day of _____, 202\_\_, the Court considered Movant Jesser Coria's Agreed Motion For Continuance in which he asked the court to grant a 90-day reset on sentencing.

The Court finds this motion should be:

        ( ) GRANTED

        ( ) SET FOR HEARING

        ( ) DENIED

SIGNED on _____ day of _____, 202\_\_.

                                            _____
                                            JUDGE PRESIDING