# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **vs.** | § § | No. 1:18-CR-410-RP |
| **CARLOS ALBERTO ZAMUDIO,** | § § § | |
| **Defendant.** | § | |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Carlos Alberto Zamudio, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 17th day of May, 2021, and all prior orders.

Respectfully submitted,

/s/ Victor Arturo Arana
Victor Arturo Arana
Bar No. 24067489
907 Rio Grande Street
Austin, Texas 78701
T: 512-299-1493
F: 512-610-1099
Email: victor@aranalaw.com

**DEFENDANT'S NOTICE OF APPEAL……………………………………..…………….PAGE 1**

## **CERTIFICATE OF SERVICE**

    I certify that on May 27, 2021, a copy of the foregoing Defendant's Notice of Appeal was filed using the Court's CM/ECF electronic filing system which will provide notice to all registered parties of record.

/s/ Victor Arturo Arana
Victor Arturo Arana