# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| **vs.** | § § | No. 1:18-CR-410-RP |
| **CARLOS ALBERTO ZAMUDIO,** | § § | |
| **Defendant.** | § § | |

## MOTION TO WITHDRAW AS ATTORNEY AND APPOINT COUNSEL ON APPEAL

VICTOR ARTURO ARANA, defense counsel for Carlos Alberto Zamudio, asks that he be permitted to withdraw as counsel in this case. Mr. Zamudio has filed a notice of appeal from the final judgment entered on May 14, 2021. Defense counsel, in his contract for legal services, excepted appeals from the scope of the representation. Furthermore, defense counsel's current law practice involves extensive work in district courts throughout the south, and significant travel, and is not conducive to appellate representation. It has been at least a year, probably two years, since defense counsel has handled an appeal. Under these circumstances, we ask that attorney Arana be permitted to withdraw.

We have attached a CJA-23 and ask that the Court appoint appellate counsel. Mr. Zamudio has been sentenced to a term of imprisonment and will lose his job as a result of his incarceration. We believe that he qualifies. Therefore, we ask that the Court appoint counsel to represent Mr. Zamudio on appeal.

WHEREFORE, the defendant, Carlos Alberto Zamudio, asks that the Court permit attorney Arana to withdraw as counsel on appeal and appoint appellate counsel.

Respectfully submitted,

/s/ Victor Arturo Arana
Victor Arturo Arana
Bar No. 24067489
907 Rio Grande Street
Austin, Texas 78701
T: 512-299-1493
F: 512-610-1099
Email: victor@aranalaw.com

**CERTIFICATE OF SERVICE**

I certify that on June 2, 2021, a copy of the foregoing Motion To Withdraw as Attorney and Appoint Counsel on Appeal was filed using the Court's CM/ECF electronic filing system which will provide notice to all registered parties of record.

/s/ Victor Arturo Arana
Victor Arturo Arana