# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

CJA-23 (Rev 3/21)

IN THE UNITED STATES ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)

FOR: Western District of Texas
AT: Austin Division

LOCATION NUMBER: 1

IN THE CASE OF: United States of America v. Carlos Alberto Zamudio

PERSON REPRESENTED (Show your full name): Carlos Alberto Zamudio

- 1 ☑ Defendant - Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Supervised Release Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge:
District Court: 1:18-CR-000410
Court of Appeals:

CHARGE/OFFENSE (Describe if applicable & check box→) ☑ Felony ☐ Misdemeanor
21 USC 846

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**
Do you have a job? ☑ Yes ☐ No
IF YES, how much do you earn per month? 4,000
Will you still have a job after this arrest? ☐ Yes ☑ No ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ 49,000 | '20 Ford Expedition, owes $40,000 |
| Boat | $ | |
| Stocks/bonds | $ 500 | Air BnB |
| Other property | $ | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☑ Yes ☐ No
IF YES, give the total approximate amount after monthly expenses $ 0

### OBLIGATIONS, EXPENSES, & DEBTS

How many people do you financially support? ____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 1,700 | $ |
| Groceries | $ 1,200 | $ |
| Medical expenses | $ | $ |
| Utilities | $ 500 | $ |
| Credit cards | $ 300 | $ |
| Car/Truck/Vehicle | $ 1,025 | $ |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ 200 | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

[Signature]
SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION)

Date: 6-2-2021