# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| **vs.** | § § | No. 1:18-CR-410-RP |
| **CARLOS ALBERTO ZAMUDIO,** | § § | |
| **Defendant.** | § § | |

## ORDER

This matter comes before the Court on the defendant's motion to withdraw as attorney and appoint counsel on appeal. Having considered the motion, the Court finds that it has merit and should be GRANTED.

IT IS THEREFORE ORDERED that attorney Arana is permitted to be withdrawn from representing the defendant in this case.

_____ is appointed to represent the defendant on appeal.

_____
Presiding Judge