## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| vs. | § | No. 1:18-CR-410-RP |
| | § | |
| **CARLOS ALBERTO ZAMUDIO,** | § | |
| | § | |
| **Defendant.** | § | |

### UNOPPOSED MOTION TO EXTEND REPORT DATE

CARLOS ALBERTO ZAMUDIO respectfully requests that the Court extend his report date. On May 14, 2021, the Court sentenced Mr. Zamudio to one year and one day imprisonment. He has been designated to FCI Bastrop and ordered to report on June 17, 2021, by 2 pm. He requests additional time to resolve his financial affairs and make arrangements to store his belongings. He did not expect to be designated so quickly. He is single and does not have assistance in making these plans.

We have conferred with assistant U.S. Attorney Douglas Gardner and he has no objection to this request.

WHEREFORE, CARLOS ALBERTO ZAMUDIO, the defendant, respectfully requests that the Court grant this motion and extend his report date for 30 days.

Respectfully submitted,

/s/ Victor Arturo Arana
Victor Arturo Arana
Bar No. 24067489
907 Rio Grande Street
Austin, Texas 78701
T: 512-299-1493
F: 512-761-4768
Email: victor@aranalaw.com

**MOTION TO EXTEND REPORT DATE**………..………….....……………....…………….**PAGE 1**

## **CERTIFICATE OF SERVICE**

I certify that on June 3, 2021, a copy of the foregoing Unopposed Motion To Extend Report Date was filed using the Court's CM/ECF electronic filing system which will provide notice to all registered parties of record.

/s/ Victor Arturo Arana
Victor Arturo Arana

**MOTION TO EXTEND REPORT DATE**………..……………...………………...…………….**PAGE 2**