**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| **vs.** | § § | No. 1:18-CR-410-RP |
| **CARLOS ALBERTO ZAMUDIO,** | § § | |
| **Defendant.** | § | |

## **ORDER**

This matter comes before the Court on the defendant's motion to extend report date. Having considered the motion, the Court finds that it has merit and should be GRANTED.

IT IS THEREFORE ORDERED that the defendant's report date to BOP is extended through 2 pm on July 17, 2021.

_____
Presiding Judge