UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | §   NO:  AU:18-CR-00410(17)-RP |
| | § |
| (17) Carlos Alberto Zamudio | § |

ORDER

It is **ORDERED** that the Motion to Withdraw as Attorney and Appoint Counsel on Appeal (Doc. 678) filed on June 2, 2021, is hereby **REFERRED** to United States Magistrate Judge Mark Lane for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(B), and Rule 44 of the Federal Rules of Criminal Procedure.

SIGNED this 4th day of June, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE