# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| vs. | § § | No. 1:18-CR-410-RP |
| CARLOS ALBERTO ZAMUDIO, | § § | |
| Defendant. | § § | |

## ORDER

This matter comes before the Court on the defendant's motion to extend report date. Having considered the motion, the Court finds that it has merit and should be GRANTED.

IT IS THEREFORE ORDERED that the defendant's report date to BOP is extended through 2 pm on July 17, 2021.

SIGNED this 4th day of June, 2021.

_____
ROBERT PITMAN
U.S. DISTRICT JUDGE