**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| Plaintiff, § | |
| V. § | |
| § | No. 1:18-CR-410 (17)   RP |
| **CARLOS ALBERTO ZUMUDIO,** § | |
| Defendant. § | |
| § | |

## ORDER

Counsel for Defendant Carlos Alberto Zumudio filed a motion to withdraw (Dkt. #678). The motion was referred to the undersigned by United States District Judge Robert Pitman for resolution. Dkt. #689. The Government has not filed a response. The court finds that a hearing is not necessary to resolve the issues raised in the motion.

For the reasons articulated by counsel, the Magistrate Court appoints attorney **PHILIP J. LYNCH** to represent the Defendant in this matter. Mr. Lynch may be reached at the following address:

Law Offices of Phil Lynch
17503 La Cantera Parkway
San Antonio, TX 78257
Telephone: (210) 883-4435
Email: LawofficesofPhilLynch@satx.rr.com

Previous counsel Victor Arturo Arana is hereby released from further obligation or duty to the Defendant as Attorney of Record, with one exception. That is, Mr. Arana is ordered to transition the case and the file to Mr. Lynch, as soon as reasonably possible.

SIGNED June 7, 2021.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE