UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | NO. 1: 18-CR-410-RP |
| CARLOS ALBERTO ZAMUDIO | § § § | |

**UNOPPOSED MOTION FOR**
**EXTENSION OF REPORTING DATE**

TO THE HONORABLE ROBERT PITMAN, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Carlos Zamudio pleaded guilty to conspiring to possess cocaine with the intent to distribute it. The Court sentenced him to one year and one day of imprisonment. Zamudio is currently scheduled to turn himself in to the Bureau of Prisons on July 17, 2021, at 2:00 p.m.

Zamudio has been working on putting his affairs in order before reporting. Those tasks are taking longer than expected. Zamudio asks that the Court grant an extension of his reporting date until August 2, 2021, at 2:00 p.m.

Zamudio's counsel has conferred with counsel for the United States, Douglas Gardner. Mr. Gardner has authorized counsel to inform the Court that the government does not oppose the requested extension.

**Conclusion**

Carlos Zamudio therefore asks that the Court extend his reporting date.

Respectfully submitted.

/S/Philip J. Lynch
Attorney at Law
17503 La Cantera Parkway, 104-623
San Antonio, Texas 78257
Tel: (210) 883–4435
State Bar Number: 00789880

*Attorney for Defendant Zamudio*

## CERTIFICATE OF SERVICE

On July 9, 2021, I electronically filed this motion with the Clerk of Court using the CM/ECF system which will send notification of the filing to Assistant U.S. Attorney Douglas Gardner via electronic mail.

By: /s/ Philip J. Lynch
Philip J. Lynch
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | NO. 1: 18-CR-410-RP |
| | § | |
| CARLOS ALBERTO ZAMUDIO | § | |

## ORDER

After considering the motion of Carlos Zamudio to extend the date on which he is to report to the Bureau of Prisons, the Court finds that the motion is well-taken. It is ORDERED that Zamudio's report date to the BOP is extended until August 2, 2021, at 2:00 p.m. Zamudio shall report by that time and date..

DATED this _____ day of July 2021.

_____
Robert Pitman
United States District Judge