UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | NO. 1: 18-CR-410-RP |
| | § § | |
| CARLOS ALBERTO ZAMUDIO | § | |

ORDER

After considering the motion of Carlos Zamudio to extend the date on which he is to report to the Bureau of Prisons, the Court finds that the motion should be DENIED. Mr. Zamudio shall report to the Bureau of Prisons as previously directed, on July 19, 2021.

DATED this __13th__ day of July 2021.

_____
Robert Pitman
United States District Judge