AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case   Judgment -- Page 2 of 6

DEFENDANT:        CARLOS ALBERTO ZAMUDIO
CASE NUMBER:   1:18-CR-00410(17) -RP

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 12 months plus 1 day as to count 1s.

The defendant shall surrender for service of sentence at the institution designated by the Federal Bureau of Prisons as notified by the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant be placed in a federal facility as close to Austin, Texas area as possible for family visitation.



## RETURN

I have executed this judgment as follows:  V/S to SCP BASTROP

Defendant delivered on  7/19/2021  to  SCP Bastrop  at  2 PM , with a certified copy of this judgment.

Susan Pamerleau
United States Marshal
Western District of Texas

Gabriel Rodriguez, IA
By
DEPUTY UNITED STATES MARSHAL