UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § § § § | NO. 1: 18-CR-410-RP |
| CARLOS ALBERTO ZAMUDIO | § | |

ORDER

After considering the motion of Carlos Zamudio to return to him the U.S. passport he surrendered while on supervised release, the Court finds that the motion is well-taken. It is ORDERED that the passport shall be returned to Zamudio.

DATED this __7th_____ day of April 2022.

_____
Robert Pitman
United States District Judge