# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 13, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Carlos Alberto Zamudio
        v. United States
        No. 21-7866
        (Your No. 21-50467)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk



# *United States Court of Appeals*
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

June 14, 2022

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

  No. 21-50467   USA v. Zamudio
          USDC No. 1:18-CR-410-17

Dear Mr. Devlin,

Enclosed is a copy of the Supreme Court order denying certiorari.

  Sincerely,

  LYLE W. CAYCE, Clerk

  By: _____
  Stacy Carpenter Vial, Deputy Clerk