PROB 35

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF TEXAS

**FILED**
April 15, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JG_____
DEPUTY

UNITED STATES OF AMERICA

v.

Carlos Alberto Zamudio Jr

Crim. No. 1:18-CR-00410-017-RP

On May 14, 2021, the above named was placed on supervised release for a period of three (3) years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_[signature]_

Angeles Blanco. U.S. Probation Officer Assistant

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  15th  day  April  of 2024

_[signature]_

Honorable Robert Pitman
United States District Judge